# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY ZUPAN, on behalf of himself and all others similarly situated,,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-467-Orl-31DAB

**KASH N' KARRY FOOD STORES, INC., d/b/a SWEETBAY SUPERMARKETS,,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION TO TRANSFER CASE

**TO THE UNITED STATES DISTRICT COURT**

    This cause comes before the Court on its review of the file. The Complaint indicates that Plaintiff resides in Lehigh Acres, Florida, which is Lee County. Doc. No. 1 ¶ 5. This case should have been filed in the Ft. Myers Division rather than the Orlando. Plaintiff cites no provision of law that provides for venue in this division rather than Ft. Myers. *See* Doc. No. 1 ¶ 9 (citing 28 U.S.C. § 1391(a)(2)). Therefore, it is **respectfully RECOMMENDED** that this case shall be transferred to the Ft. Myers Division. *See* Local Rule 1.02 (Ft. Myers Division contains Lee County).

    Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

    **DONE** and **ORDERED** in Orlando, Florida on April 2, 2008.

                                   *David A. Baker*
                                DAVID A. BAKER
                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record