# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY ZUPAN, on behalf of himself and all others similarly situated,,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-467-Orl-31DAB**

**KASH N' KARRY FOOD STORES, INC., d/b/a SWEETBAY SUPERMARKETS,,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. No. 1) filed March 31, 2008.

On April 2, 2008, the United States Magistrate Judge issued a report (Doc. No. 2) recommending that the case be transferred to the United States District Court, Fort Myers Division. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Clerk is directed to transfer this case to the Fort Myers Division of the court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 23rd day of April, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE